IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHARLES JENKINS and ROBERT JENKINS**                                           **PLAINTIFFS**

**VS.**                                                                **CIVIL ACTION NO. 3:06CV334WA**

**MISSISSIPPI REGIONAL HOUSING
AUTHORITY, No. VI; DR. HICKMAN
JOHNSON, individually and in his official capacity;
CLARENCE SCUTTER, individually and in his
official capacity; JOSEPHINE BYAS, individually
and in her official capacity; FRANK CARTER,
individually and in his official capacity; DAVID
MCLAURIN, individually and in his official capacity;
CLIFTON JONES, individually and in his official capacity;
JAMES F. WRIGHT, individually and in his official capacity;
JOHN M. HALL, individually and in his official capacity;
LONNIE BOYKIN, individually and in his official capacity,
BURNETT BLAIR, individually and in his official capacity
and JAMES RATLIFF, individually and in his official capacity**                  **DEFENDANTS**

---

## ORDER

This matter came before the court on a review of the Order entered on February 22, 2007, in which the Defendants were ordered to reimburse "the Plaintiff" for the costs of personal service of process. The Order was in error, as there are actually **two** Plaintiffs in this action, and they have jointly moved for reimbursement.

IT IS, THEREFORE, ORDERED that the Order entered on February 22, 2007, is amended to provide that the affected Defendants will pay the indicated amounts to the Plaintiffs, jointly, or half to each Plaintiff.

IT IS SO ORDERED, this the 23rd day of February, 2007.

                                                                S/Linda R. Anderson
                                                        UNITED STATES MAGISTRATE JUDGE