IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

Charles Jenkins and Robert Jenkins                                                                 Plaintiffs

vs.                                                                     Civil Action No.  3:06cv334HTW-LRA

Mississippi Regional Housing Authority No. VI, Dr.                                                Defendants
Hickman Johnson, in his official capacities, and individual
capacities Mr. Clarence Scutter, Ms. Josephine Byas, Mr.
Frank Carter, Mr. David McLaurin, Mr. Clifton Jones, Mr.
James F. Wright, Mr. John M. Hall, Mr. Lonnie Boykin and
Mr. Burnett Blair, in there official and individual
capacities, and Mr. James Ratliff, in his official and
individual capacities

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE has come on for hearing on Plaintiffs' Motion, *ore* tenous, to voluntarily dismiss all of their claims against the Defendants with prejudice, and the Defendants' announcement that they waive any claim they have to costs and expenses, and the Court now being fully advised in the premises finds that said motion should be and hereby is granted.

IT IS, THEREFORE, ORDERED, that Plaintiffs' Motion to voluntarily dismiss all of their claims against the Defendants with prejudice is hereby granted.

IT IS, FURTHER, ORDERED, that no costs or expenses shall be awarded to either party in this case.

SO ORDERED, this the 31st day of October, 2007.

                        s/ HENRY T. WINGATE
                        CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Alison Tasma Vance*
Paula Graves Ardelean (MSB# 4975)
Alison Tasma Vance (MSB #101113)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225-2567
Tel:  601-985-4415
Fax: 601-985-4500

ATTORNEYS FOR DEFENDANT
MISSISSIPPI REGIONAL HOUSING
AUTHORITY NO. VI


/s/ Carroll Rhodes
Carroll Rhodes (MSB # 5314)
Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS 39083
Tel: (601) 894-4323
Fax: (601) 894-1464

ATTORNEY FOR  DR. HICKMAN JOHNSON,
in his individual capacities, MR. CLARENCE
SCUTTER, MS. JOSEPHINE BYAS, MR.
FRANK CARTER, MR. DAVID McLAURIN,
MR. CLIFTON JONES, MR. JAMES F.
WRIGHT, MR. JOHN M. HALL, MR. LONNIE
BOYKIN, and MR. BURNETT BLAIR, in their
Individual capacities


Civil Action No. 3:06-cv-334 HTW-LRA
Judgment of Dismissal with Prejudice